FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 FEB -6  PM 1: 43

CLERK'S OFFICE
AT BALTIMORE

BY____KR____DEPUTY

JKB 17 CV 0352

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| HAMID MOHAMMED TAHERI, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.: |
| | | (Removed from Circuit Court for |
| STATE EMPLOYEES CREDIT UNION | * | Baltimore City |
| OF MARYLAND, INCORPORATED, *et al.*, | | Case No. 24-C-16-006668) |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL
### (Diversity Jurisdiction)

Defendant, State Employees Credit Union of Maryland, Incorporated ("SECU"), by and through its undersigned attorneys, hereby provides notice pursuant to 28 U.S.C. §§ 1441 and 1446 that the action styled *Hamid Mohammed Taheri v. State Employees Credit Union of Maryland, Incorporated, et al.*, Case No. 24-C-16-006668 (Circuit Court for Baltimore City) (the "State Court Action") is hereby removed to the United States District Court for the District of Maryland. Removal is based on 28 U.S.C. § 1332(a) (Diversity Jurisdiction). As grounds for removal, SECU states as follows:

### I.   Plaintiff's Complaint

1. On December 6, 2016, Plaintiff, Hamid Mohammed Taheri ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") against SECU in the State Court Action. In his initial Complaint, Plaintiff alleged a number of common law claims and state statutory violations, and also requested declaratory relief. Plaintiff's allegations arise out of Plaintiff's purchase of a motor vehicle and SECU's alleged collection efforts for payments due thereunder.

2.  SECU was never served with a copy of the original Complaint.

3.  On December 23, 2016, Plaintiff filed an Amended Complaint ("Amended Complaint" or "Am. Compl."). In the Amended Complaint, Plaintiff added Defendants Auto Source I, LLC ("Auto Source") and Mohammed Siasi ("Siasi")[1], and asserted additional claims against those defendants.

## II. Removal Based On Diversity Jurisdiction

4.  Pursuant to 28 U.S.C. § 1332(a), a district court has original diversity jurisdiction over civil actions where the action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000. This case is properly removed to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1441(a) and (b) as diversity jurisdiction is established under 28 U.S.C. § 1332(a) for the reasons set forth below:

Plaintiff Is Completely Diverse From Each Defendant

5.  As pled in the Amended Complaint, Plaintiff is a citizen of the Commonwealth of Virginia. *See* Am. Compl., ¶ 4.

6.  By contrast, SECU is a Maryland corporation with its principal place of business located in Linthicum, Maryland, Auto Source is a Maryland limited liability company with its principal place of business located in Baltimore, Maryland, and Siasi is a natural person who is a resident of Baltimore, Maryland.

7.  Because Plaintiff and each Defendant are citizens of different states, *i.e.*, Maryland and Virginia, there is complete diversity between the parties.

The Amount In Controversy Exceeds $75,000

8.  The amount in controversy requirement for Plaintiff's claims is also satisfied. Plaintiff asserts that he is entitled to over $250,000 in actual damages. *See* Am. Compl., *ad*

---

[1] SECU, Auto Source, and Siasi shall collectively be referred to herein as "Defendants."

2

*dannum* clause, ¶ E. Therefore, according to Plaintiff's own allegations in the Amended Complaint, the amount in controversy exceeds the sum or value of $75,000, exclusive of fees and costs, as required by 28 U.S.C. § 1332(a). *See* 28 U.S.C. § 1446(c)(2).

### III. Procedural Requirements and Local Rules

9. Removal to this Court is proper. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this Notice of Removal is being filed in the United States District Court for the District of Maryland, which is the federal district court embracing the Circuit Court for Baltimore City, Maryland, where the State Court Action was initially filed.

10. Removal is timely. The Amended Complaint with the original summons were first served on SECU, through its resident agent, on January 6, 2017. This Notice of Removal is being filed with the United States District Court for the District of Maryland on February 6, 2017, within thirty (30) days after receipt by SECU of the Amended Complaint and summons. *See* 28 U.S.C. § 1446(b).

11. Pleadings and process. Contemporaneously filed herewith as **Exhibit 1** are copies of all process, pleadings and orders received by SECU in the State Court Action. Attached hereto as **Exhibit 2** is a copy of the Notice of Filing of Notice of Removal that SECU will file with the Clerk of the Circuit Court for Baltimore City, Maryland and will promptly serve upon Plaintiff's counsel and counsel for the other Defendants pursuant to 28 U.S.C. § 1446(d). This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. 28 U.S.C. § 1446(a).

12. Having satisfied all of the requirements for removal, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, Defendant State Employees Credit Union of

Maryland, Incorporated respectfully serves notice that the above-referenced civil action, now pending in the Circuit Court for Baltimore City, Maryland, is removed therefrom to the United States District Court for the District of Maryland.

Respectfully submitted,

_____
Brian L. Moffet (Fed. Bar No. 13821)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: 410-385-3656
bmoffet@milesstockbridge.com

_____
Zachary S. Schultz (Fed. Bar No. 03927)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: 410-385-3657
zschultz@milesstockbridge.com

*Counsel for Defendant State Employees Credit Union of Maryland, Incorporated*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February, 2017, a copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid, to:

Cory L. Zajdel
Z Law, LLC
2345 York Road, Suite #B-13
Timonium, Maryland 21093

Mohammed Siasi
3700 Toone Street
Baltimore, Maryland 21224

_/s/ Zachary S. Schultz_
Zachary S. Schultz