IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **HAMID MOHAMMED TAHERI** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-0352 |
| **STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC., et al.** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiff's MOTION TO REMAND (ECF No. 7) is GRANTED. This case is REMANDED to Circuit Court of Maryland for Baltimore City.

DATED this 9th day of February, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge